**FILED**
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8855

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Guadalupe AISPURO | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 17, 2007 within the Southern District of California, defendant Guadalupe AISPURO did knowingly and intentionally import approximately 28.32 kilograms (62.30 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Sara Galvan
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 18th DAY OF OCTOBER, 2007.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Guadalupe AISPURO

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Sara Galvan.

On October 17, 2007 Guadalupe AISPURO entered the United States at the Andrade, California Port of Entry. AISPURO was the driver and sole occupant of a 2006 Nissan Titan, registered in his name. United States Customs and Border Protection Officer (CBPO) Solis took a negative customs declaration from AISPURO. AISPURO and the vehicle were referred to secondary for further inspection.

Once in secondary, CBPO Kopshow inspected the vehicle driven by AISPURO which revealed a total of fifty-eight (58) packages within the gas tank. The packages contained a green leafy substance. CBPO Kopshow probed a package that produced a green leafy substance that tested positive for marijuana. The total weight of the packages was 28.32 kilograms (62.30 pounds).

Special Agents (S/A) Sara Galvan and Timothy Henderson interviewed AISPURO. S/A Galvan read AISPURO his constitutional rights per Miranda in Spanish, with S/A Henderson present. AISPURO admitted knowledge of controlled substances within his 2006 Nissan Titan. AISPURO stated that he was to be paid $2,500.00 US dollars to deliver the controlled substance to the Wal-Mart parking lot in Yuma, Arizona